UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT GONZALEZ, DARIEN HATCHER, and CHARLIE STEVENSON,<br><br>  Defendants. | No.  1:16-cr-00187-LJO-SKO<br><br>**New Case No.: 1:16-cr-00187-DAD-BAM** |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RASHAD HALFORD and STEPHEN HILL,<br><br>  Defendants. | No.  1:16-cr-00190-LJO-SKO<br><br>**New Case No.: 1:16-cr-00190-DAD-BAM**<br><br>ORDER RELATING AND REASSIGNING CASES |

On November 17, 2016, the government filed a notice of related cases pursuant to Local Rule 123 in case numbers: 1:16-cr-00169-DAD-BAM, 1:16-cr-00170-DAD-BAM, 1:16-cr-00172-DAD-BAM, 1:16-cr-00174-DAD-BAM, 1:16-cr-00175-DAD-BAM, 1:16-cr-00176-DAD-BAM, 1:16-cr-00187-LJO-SKO, 1:16-cr-00188-DAD-BAM, 1:16-cr-00189-DAD-BAM and 1:16-cr-00190-LJO-SKO.  Having reviewed the above-listed actions, the court finds these

1

actions involve the same or similar parties, claims, events and/or questions of fact or law, and would entail substantial duplication of labor if the actions were heard by different judges.  In addition, the currently assigned district and magistrate judges have not engaged in this matter in any substantial way.  Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote efficiency and economy for the court and parties.

     Accordingly, the court orders that the above-captioned actions are reassigned to District Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe.  All documents filed in these actions shall bear the new case numbers:

**1:16-cr-00187-DAD-BAM**

**1:16-cr-00190-DAD-BAM**

IT IS SO ORDERED.

Dated: **November 18, 2016**

                                            UNITED STATES DISTRICT JUDGE