**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant, CHARLIE STEVENSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00176/ 1:16-CR-00187 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | |
| CHARLIE STEVENSON | Sentencing Date: March 9, 2020 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for **March 9, 2020 at 10:00 am, may be continued to May 11, 2020, at 10:00 am.**

The continuance is requested by counsel for Defendant, **CHARLIE STEVENSON** as Attorney Daniel L. Harralson by this Stipulation is asking authority from the Court to perform work necessary to present all relevant sentencing issues to the Court.

DATED: March 4, 2020      Respectfully Submitted,
                                   **DANIEL L. HARRALSON ATTORNEY AT LAW**

                                   /s/ Daniel Harralson
                                   DANIEL L. HARRALSON
                                   Attorney for Defendant

DATED: March 4, 2020    **UNITED STATES ATTORNEYS OFFICE**

　　　/s/  Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

## ORDER

For the reasons set forth in the parties' stipulation, the above sentencing is continued to May 11, 2020 at 10:00 a.m. in Courtroom No. 5.

IT IS SO ORDERED.

Dated: __**March 4, 2020**__   　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE