**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant, CHARLIE STEVENSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00176/ 1:16-CR-00187 |
| Plaintiff, | **STIPULATION TO CONTINUE** |
| vs. | **SENTENCING HEARING; ORDER** |
| CHARLIE STEVENSON | Sentencing Date: June 29, 2020 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for **June 29, 2020, at 10:00 am, may be continued to July 31, 2020.**

The continuance is requested by counsel for Defendant, **CHARLIE STEVENSON** as Attorney Daniel L. Harralson by this Stipulation is asking authority from the Court to perform work necessary to present all relevant sentencing issues to the Court.

\\\
\\\
\\\

-1-
**US v. Charlie Stevenson**
Stipulation to Continue Sentencing Hearing

DATED: June 17, 2020          Respectfully Submitted,

                                             **DANIEL L. HARRALSON ATTORNEY AT LAW**

                                             /s/ Daniel Harralson

                                             DANIEL L. HARRALSON

                                             Attorney for Defendant

DATED: June 17, 2020          **UNITED STATES ATTORNEYS OFFICE**

                                             /s/ Kimberly A. Sanchez

                                             KIMBERLY A. SANCHEZ

                                             Assistant United States Attorney

## **O R D E R**

   IT IS SO FOUND AND ORDERED that the above Stipulation to continue the currently scheduled Sentencing date of June 29, 2020; and to set a new Sentencing date of July 27, 2020, or at a time that is convenient to the court, is hereby approved.

IT IS SO ORDERED.

   Dated: **June 18, 2020**                    _/s/ Dale A. Drozd_
                                                          UNITED STATES DISTRICT JUDGE