KEVIN G. LITTLE, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone:  (559) 342-5800
Facsimile:   (559) 242-2400
E-Mail: kevin@kevinglittle.com

Attorneys for Defendant CHARLIE STEVENSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>                    v.<br><br>CHARLIE STEVENSON,<br><br>                           Defendant. | CASE NO.  1:16-CR-00176 DAD BAM<br>                    1:16-CR-00187 DAD BAM<br><br>STIPULATION RE: CONTINUANCE OF<br>SENTENCING HEARING AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Charlie Stevenson, by and through defendant's counsel of record, hereby stipulate as follows:

1.      A sentencing hearing is currently scheduled to take place in this matter on **January 12, 2021, at 10:00 a.m.**

2.      In light of scheduling conflicts, new co-counsel for the defendant, defendant's current quarantine status that will likely continue through the current sentencing date, and the possibility of additional motion practice before sentencing, the parties propose continuing the sentencing to **Monday, March 29, 2021 at 10:00 a.m.**

3.      The parties agree that  the requested continuance is justified under the circumstances and would serve the ends of justice, and that failure to grant the requested continuance would unreasonably deny the defendant the assistance of counsel, and unreasonably deny both the defendants and the

government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case.

IT IS SO STIPULATED.


Dated:  January 4, 2021                          McGREGOR W. SCOTT
                                                 United States Attorney


                                                 /s/ KIMBERLY A. SANCHEZ
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant United States Attorney

Dated:  January 4, 2021                          /s/ DANIEL L. HARALLSON
                                                 DANIEL L. HARRALSON
                                                 Counsel for Defendant
                                                 CHARLIE STEVENSON


Dated:  January 4, 2021                          /s/ KEVIN LITTLE
                                                 KEVIN G. LITTLE
                                                 Co-Counsel for Defendant
                                                 CHARLIE STEVENSON




**FINDINGS AND ORDER**

GOOD CAUSE APPEARING, the sentencing hearing in this matter is hereby continued to **March 29, 2021, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   **January 6, 2021**                     _____
                                                 UNITED STATES DISTRICT JUDGE