PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLEY A. SANCHEZ
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00176-DAD |
| --- | --- |
| Plaintiff, | 1:16-CR-00187-DAD |
| v. | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA PURSUANT TO RULE 11; FINDINGS AND ORDER |
| CHARLIE STEVENSON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.  The defendant filed a motion to withdraw his guilty plea pursuant to Fed. R. Crim P. 11(d)(2)(B) on March 2, 2021. Docket No. 407. Pursuant to Local Rule 430.1, the government's response was due on March 9, 2021.

2.  On March 3, 2021, undersigned counsel contacted counsel for the defendant and requested a seven-day extension in the government's time to file a response brief. Counsel for the defendant agreed to the extension, but requested to delay until March 8 as he was scheduled to appear in state court to address scheduling of an upcoming homicide trial, which he anticipated may result in him seeking to delay the noticed hearing date for the motion *sub judice* (March 30). On March 9, counsel for the defendant informed the government that he would need to wait until today (March 10) to resolve the scheduling of the state homicide trial and the possible conflict with the hearing on this motion.

3. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request. Counsel for the defendant anticipates the parties may stipulate in the near future to a continuance in the motion hearing date.

4. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a) The government's response to the defendant's motion to be filed on or before March 16, 2021;

    b) The defendant's reply to the government's response to be filed on or before March 23, 2021.

IT IS SO STIPULATED.

Dated: March 10, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

Dated: March 10, 2021

/s/ Kevin Little
KEVIN LITTLE
Counsel for Defendant
CHARLIE STEVENSON

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 407, is due on or before March 16, 2021;

b) The defendant's reply to the government's response, if any, is due on March 23, 2021.

IT IS SO ORDERED.

Dated: __**March 10, 2021**__

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE