KEVIN G. LITTLE, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant CHARLIE STEVENSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLIE STEVENSON,<br><br>Defendant. | CASE NO. 1:16-CR-00176 DAD BAM<br>CASE NO. 1:16-CR-00187 DAD BAM<br><br>STIPULATION RE: CONTINUANCE OF MOTION AND SENTENCING HEARING AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Charlie Stevenson, by and through defendant's counsel of record, hereby stipulate as follows:

1. A motion and sentencing hearing is currently scheduled to take place in this matter on **March 30, 2021, at 9:00 a.m.**

2. In light of defendant counsel's involvement in an estimated month-long Tulare County homicide trial, *People v. Atkinson*, No. VCF272175, which has already been assigned out for trial in Dept. 14 before the Hon. Nathan G. Leedy and is awaiting a jury panel on Monday, March 22, 2021, the parties are amendable to continuing the motion and sentencing hearing to **Monday, May 17, 2021 at 9:00 a.m.,** or any other date the Court has available in mid to late May 2021.

3. The parties are in further agreement that the time for filing sentencing pleadings shall be governed by the Eastern District Local Rules based on the new sentencing date, and that the defendant's

1

reply brief in support of his motion to withdraw his plea shall be filed on or before May 11, 2021.

   4.  The parties agree that the requested continuance is justified under the circumstances and would serve the ends of justice, and that failure to grant the requested continuance would unreasonably deny the defendant the assistance of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, considering the parties' due diligence in prosecuting this case.

   IT IS SO STIPULATED.

Dated:  March 18, 2021           PHILLIP A. TALBERT
                    United States Attorney

                    /s/ CHRISTOPHER D. BAKER
                    CHRISTOPHER D. BAKER
                    Assistant United States Attorney

Dated:  March 18, 2021           /s/ KEVIN LITTLE
                    KEVIN G. LITTLE
                    Counsel for Defendant
                    CHARLIE STEVENSON

## FINDINGS AND ORDER

   GOOD CAUSE APPEARING, the motion and sentencing hearing in this matter is hereby continued to **May 17, 2021, at 9:00 a.m.**  Any sentencing related pleadings shall be filed in accordance with the Eastern District Local Rules based on the new sentencing date, and the defendant's reply brief in support of his pending motion to withdraw his plea shall be filed no later than May 11, 2021.

IT IS SO ORDERED.

   Dated:  **March 18, 2021**          _Dale A. Drozd_
                        UNITED STATES DISTRICT JUDGE